IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEDRICK JONES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | |
| | § | No. 3:13-cv-336-L-BN |
| RICK THALER, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institution Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

In findings, conclusions, and a recommendation filed on February 21, 2013, the undersigned magistrate judge determined that Petitioner did not qualify for *in forma pauperis* status because he has sufficient funds in his inmate trust account to pay the $5.00 filing fee for an application for writ of habeas corpus. *See* Dkt. No. 9. After the findings, conclusions, and recommendation were filed, Petitioner paid the filing fee. Accordingly, the undersigned hereby VACATES his recommendation [Dkt. No. 9]. The docket should be updated to reflect that Petitioner's motion to proceed *in forma pauperis* [Dkt. No. 8] is no longer pending, the undersigned finding it as moot.

SO ORDERED.

DATED: March 28, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE